18 So.2d 118

**Phillip McCANTS v. STATE.**

I Div. 481.

Court of Appeals of Alabama.
March 21, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

14 So.2d 914

**Ed (alias Eddie) McDANIEL v. STATE.**

7 Div. 746.

Court of Appeals of Alabama.
June 30, 1943.

W. W. Parris, of Gadsden, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

12 So.2d 872

**Murphy C. McDUFF v. STATE.**

8 Div. 240.

Court of Appeals of Alabama.
Feb. 16, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

20 So.2d 895

**Ed McGEE v. STATE.**

6 Div. 122.

Court of Appeals of Alabama.
Dec. 12, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

17 So.2d 187

**Joe Lee McGEE v. STATE.**

6 Div. 998.

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

19 So.2d 854

**J. P. McGLOWN v. STATE.**

4 Div. 878.

Court of Appeals of Alabama.
Nov. 14, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.